1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   CENTRAL DISTRICT OF CALIFORNIA
8                         WESTERN DIVISION
9
10   FRANK B. ESTRADA,                 )   NO. CV 06-360 RSWL (FFM)
                                       )
11                 Petitioner,         )
                                       )   JUDGMENT
12           v.                        )
                                       )
13   J. F. SALAZAR,                    )
                                       )
14                 Respondent.         )
                                       )
15
16        Pursuant to the Order Adopting Findings, Conclusions and Recommendations of
17   United States Magistrate Judge,
18        IT IS ADJUDGED that the Petition is dismissed with prejudice.
19
     DATED: 1/19/2010
20
21                                            RONALD S.W. LEW
22                                         _____
                                               RONALD S. W. LEW
23                                           United States District Judge
24
25
26
27
28